IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SAMUEL L. COIL )
)
    Plaintiff, )
)
    v. ) 1:07CV145
)
HUBERT PETERKIN, )
JACKIE BREWINGTON, )
BARBARA McDUFFIE )
)
    Defendants. )

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.

This the 5th day of October 2009.

                                       /s/ William L. Osteen, Jr.
                                       United States District Judge